UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH-WAYNE ROGERS, II,

Plaintiff,

-against-

TOWN OF POUGHKEEPSIE; TOWN COURT OF POUGHKEEPSIE, DUTCHESS COUNTY, NEW YORK; PAUL ACKERMAN, PROSECUTOR; OFFICE BOHO K.; STATE ACTORS UNDER COLOR OF LAW.,

Defendants.

26 CIVIL 01847 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the July 8, 2026, order, because removal of this action is improper, it is remanded under 28 U.S.C. § 1455(b)(4) to the Poughkeepsie Town Court. The Court dismisses Petitioner's claims for injunctive relief as barred by the Younger abstention doctrine. Judgment is entered to that effect in this action. The dismissal is without prejudice or any finding on the merits.

SO ORDERED.

Dated: July 10, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge